IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NAZIR KHAN and IFTIKHAR KHAN,<br><br>Plaintiffs,<br><br>v.<br><br>HEMOSPHERE INC., CRYOLIFE INC., MERIT MEDICAL SYSTEMS, INC. et al.,<br><br>Defendants. | Civil Action No. 1:18-cv-05368<br><br>Judge Virginia M. Kendall<br>Magistrate Judge Maria Valdez<br><br>**MERIT'S MOTION FOR ENTRY OF JUDGMENT ON SANCTIONS ORDER** |

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, Defendant Merit Medical Systems, Inc.("Merit") moves the Court for entry of judgment in the amount of $95,966.60 in favor of Merit as subrogee of the Non-Resident Merit Physician Defendants who filed the Motion for Sanctions (DKT No. 113)and against Plaintiffs, in accordance with the Court's Sanctions Order of July 15, 2019 (DKT No. 175). Rule 58(a) requires that all judgments must be entered as a separate document, except for circumstances not present here. Judgment should therefore be entered on the Sanctions Order. The original motion for sanctions was filed in the name of the Non-Resident Merit Physician Defendants (DKT No. 113), but Merit has established that it paid the fees for which sanctions are sought as part of its indemnification of the Non-Resident Merit Physician Defendants. Under the doctrine of equitable subrogation, the judgment memorializing the fee award should properly be in the name of Merit as subrogee and Merit should be allowed to enforce the judgment. Merit therefore respectfully requests that judgment in the amount of $95,966.90 be granted in its favor and against Plaintiffs. Pursuant to the Court's Standing Order regarding submission of proposed orders for entry by the Court, Merit

1

will concurrently email a proposed Final Judgment granting this motion to

Proposed_Order_Kendall@ilnd.uscourts.gov in Word format.

Dated: July 23, 2019.           Respectfully Submitted,

                                       VLADIMIR I. AREZINA
                                       VIA Legal, LLC
                                       1237 West Madison Street
                                       Chicago, IL 60607
                                       Telephone: (312) 574-3050
                                       Email: vladimir@arezina.com

                                       WORKMAN NYDEGGER

                                       */s/ Brent P. Lorimer*
                                       BRENT P. LORIMER (*Admitted Pro Hac Vice*)
                                       60 East South Temple, Suite 1000
                                       Salt Lake City, UT 84111
                                       Telephone: (801) 533-9800
                                       FAX: (801) 328-1707

                                       Attorneys for Merit Medical Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2019, a copy of the foregoing document was filed electronically through the Court's Electronic Case Filing System, and service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's ECF System on this date to:

Nazir Khan
150 Glen Mora Drive
Burr-Ridge, IL  60527
nazirkhanmd2003@yahoo.com

Iftikhar Khan
150 Glen Mora Drive
Burr-Ridge, IL  60527
MDS082003@yahoo.com

Melanie Jeanne Chico
Matthew T. Hays
Steven McMahon Zeller
DYKEMA GOSSETT PLLc
10 South Wacker Drive, Suite 2300
Chicago, IL  60606
mchico@dykema.com
mhays@dykema.com
szeller@dykema.com

John Passarelli
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102
john.passarelli@kutakrock.com

Kimberly Michelle Hare
Kutak Rock LLP
One South Wacker Drive
Suite 3910
Chicago, IL  60606
kimberly.hare@kutakrock.com

John William Bocchino
Beytin, McLaughlin, McLaughlin, O'Hara, Kinman & Bocchino
1063 Maitland Center Commons Blvd
Maitland, FL 32751
jwb@law-fla.com

Chad Michael Skarpiak
Cunningham, Meyer & Vedrine, P.C.
One E. Wacker Drive, Suite 2200
Chicago, IL 60601
cskarpiak@cmvlaw.com

Scott A. Herbert
Cunningham, Meyer & Vedrine, P.C.
4200 Cantera Drive
Suite 112
Warrenville, IL 60555
scott@cmvlaw.com

Scott A. Burow
Eric Allen Zelepugas
Banner & Witcoff, Ltd.
71 South Wacker Drive
Suite 3600
Chicago, IL 60606
sburow@bannerwitcoff.com
ezelepugas@bannerwitcoff.com

Edwin Earl Brooks
George R. Spatz
Sarah Imran Rashid
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
ebrooks@mcguirewoods.com
gspatz@mcguirewoods.com
srashid@mdguirewoods.com

Eric L. Samore
Kathryn Victoria Long
SmithAmundsen LLC (Chgo)
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
esamore@salawus.com
klong@salawus.com

Sean Hennessy
McDermott Will & Emery LLP
444 West Lake Street, Suite 4400
Chicago, IL 60606
shennessy@mwe.com

Jennifer M Kurcz
Baker & Hostetler LLP
191 N Upper Wacker Dr.
Suite 3100
Chicago, IL 60606
Email: jkurcz@bakerlaw.com

David A. Roodman
Bryan Cave Leighton Paisner LLP
211 North Broadway
Suite 3600
St. Louis, MO 63102
daroodman@bclplaw.com

Steven Gordon Trubac
Bryan Cave Leighton Paisner LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601
steve.trubac@bclplaw.com


        */s/ Brent P. Lorimer*